UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al., | |
| Plaintiff, | CASE NO. C06-1824C |
| v. | ORDER |
| ROMEX CO. CONSTRUCTION, LLC, | |
| Defendant. | |

This matter comes before the Court on Defendant's Letter (Dkt. No. 14) requesting reconsideration of the Default Judgment in this case (Dkt. No. 12). Having considered the foregoing, the Court hereby finds and rules as follows.

Motions for reconsideration are governed by Local Civil Rule 7(h), which provides in pertinent part that "[m]otions for reconsideration are disfavored" and that the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rules W.D. Wash. CR 7(h)(1). Defendant does not present any reason whatsoever why it did not respond to this lawsuit by answering the Complaint within the time prescribed by Federal Rule of Civil Procedure 12. Nor does Defendant suggest that Plaintiffs' Default Judgment motion was

ORDER – 1

1  defective in any manner.  Accordingly, Defendant has raised no facts, legal authority, or allegation of

2  manifest error in the Court's prior Order to warrant reconsideration.  Because Defendant has failed to

3  make the required Rule 7(h)(1) showing, this Court will not reconsider its prior disposition of this case.

4  Accordingly, the motion for reconsideration is DENIED.

5       SO ORDERED this 8th day of May, 2007.

                                                                 John C. Coughenour
                                                                 United States District Judge

26  ORDER – 2